# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

**Case No. 4:15-cv-464**

| | |
|---|---|
| **THOMAS LAHART** ) | |
| ) | |
| **Plaintiff,** ) | **Notice of Appeal** |
| ) | |
| **vs.** ) | |
| ) | |
| **BNSF RAILWAY COMPANY,** ) | |
| ) | |
| **Defendant.** ) | |

Notice is hereby given that Thomas Lahart, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the Order of May 30, 2017, granting Defendant's motion for summary judgment on Plaintiff's Federal Employers' Liability Act claim; the Order of July 26, 2017, denying Plaintiff's motion for reconsideration of the May 30, 2017, Order; and the Judgment entered in this action on the 4th day of August 2017 in favor of Defendant on Plaintiff's FELA claim.

/s/   Richard A. Haydu
Attorney for Plaintiff Thomas Lahart

Richard A. Haydu
HOEY &FARINA, P.C.
542 South Dearborn, Suite 200
Chicago, Illinois 60605
Tel: (312) 939-1212
Fax: (312) 939-7842
rhaydu@hoeyfarina.com

## CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the following documents with the Clerk of Court using CM/ECF system which sent notification of such filing on September 1, 2017 to the following:

Notice of Appeal

Nichole S. Bogen, *pro hac vice*
Katherine Q. Martz # AT0011388
SATTLER & BOGEN, LLP
701 P Street, Suite 301
The Creamery Building
Lincoln, NE 68508
Tel: (402) 475-9400
Fax: (402) 475-9411
nsb@sattlerbogen.com
kqm@sattlerbogen.com

/s/Richard A. Haydu
HOEY & FARINA, P.C.
542 South Dearborn, Suite 200
Chicago, Illinois 60605
Tel: (312) 939-1212
Fax: (312) 939-7842
rhaydu@hoeyfarina.com